1

2

3

4

5

6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   NAEEM AHMAD,

11            Plaintiff,                     No. CIV S-09-520 GEB KJM PS

12        vs.

13   WORLD SAVINGS BANK, et al.,

14            Defendants.              ORDER

15   _____/

16            This action was referred to the undersigned pursuant to Local Rule 72-302(c)(21).

17   Calendared for hearing on July 22, 2009 is defendant's motion to dismiss.  No opposition to the

18   motion has been filed.

19            Local Rule 78-230(c) provides that opposition to the granting of a motion must be

20   filed fourteen days preceding the noticed hearing date.  The Rule further provides that "[n]o

21   party will be entitled to be heard in opposition to a motion at oral arguments if written opposition

22   to the motion has not been timely filed by that party."  In addition, Local Rule 78-230(j)

23   provides that failure to appear may be deemed withdrawal of opposition to the motion or may

24   result in sanctions.  Finally, Local Rule 11-110 provides that failure to comply with the Local

25   Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or

26   within the inherent power of the Court."

1

1      Good cause appearing, IT IS HEREBY ORDERED that:

2          1.  The hearing date of July 22, 2009 is vacated.  Hearing on defendant's motion

3  is continued to August 19, 2009 at 10:00 a.m. in courtroom no. 26.

4          2.  Plaintiff shall file opposition, if any, to the motion no later than August 5,

5  2009.  Failure to file opposition and appear at the hearing will be deemed as a statement of non-

6  opposition and shall result in a recommendation that this action be dismissed pursuant to Federal

7  Rule of Civil Procedure 41(b).

8  DATED:  July 9, 2009.

9

006
10  ahmad.nop

_____
U.S. MAGISTRATE JUDGE

2