IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NAEEM AHMAD,

    Plaintiff,                          No. CIV S-09-520 GEB KJM PS

    vs.

WORLD SAVINGS BANK, et al.,

    Defendants.                      ORDER

_____/

        Defendants' motions to strike and to dismiss came on regularly for hearing September 16, 2009. Plaintiff appeared in propria persona, accompanied by plaintiff's brother who assisted plaintiff in hearing the proceedings. Mark Flewelling appeared telephonically for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of plaintiff and counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

        1. Plaintiff's motion to amend (docket no. 34) is granted. An amended complaint shall be filed within forty-five calendar days.

        2. In light of the granting of leave to file an amended complaint, the motions to dismiss and to strike (docket nos. 12, 15) are denied as moot.

/////

1     3. Defendants timely filed a response to the complaint. The amended motion for
2  default judgment (docket no. 35) is denied.
3  DATED: October 1, 2009.

_____
U.S. MAGISTRATE JUDGE

006
ahmad2.oah